UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARREL BRAUN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-1166 C/W 18-4246** |
| **UNITED STATES FEDERAL GOVERNMENT** | **SECTION: "H"(5)** |

# O R D E R

The Court, having considered the petitions, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that Darren Braun's consolidated petitions for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, are hereby **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 2nd day of January, 2019.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**